UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DA'MICHAEL MCGILL,

     Plaintiff,

                                  Case No. 1:22-cv-286

v.

                                  Hon. Hala Y. Jarbou

SARA WHITMORE, et al.,

     Defendants.

_____/

## ORDER

This is an action by an individual proceeding *in forma pauperis*. The magistrate judge has issued a report and recommendation that the Court dismiss the case for lack of subject matter jurisdiction because the complaint is "devoid of merit [and] does not allege a federal claim." (R&R 2, ECF No. 7.) Plaintiff filed objections to the R&R, but the Court struck those objections because they lacked a signature. (4/20/2022 Order, ECF No. 9.) The Court gave Plaintiff an opportunity to correct this defect by filing a signature page, but he did not do so. Thus, Plaintiff has not properly objected to the R&R.

Moreover, the Court agrees that Plaintiff's complaint, which contains conclusory statements regarding purported violations of state law rather than allegations of fact, lacks an arguable basis to invoke this Court's jurisdiction. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal by Plaintiff would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

A judgment will enter in accordance with this order.


Dated:   May 20, 2022                              /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   UNITED STATES DISTRICT JUDGE